

# Fourth Court of Appeals
## San Antonio, Texas

October 2, 2013

No. 04-13-00600-CR

Marcel Edgar **REYES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR5449W
Honorable Ray Olivarri, Judge Presiding

## ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on October 2, 2013.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of October, 2013.

_____
Keith E. Hottle, Clerk